## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN R. ESTOCK,<br>    Plaintiff(s)<br><br>v.<br><br>CITY OF WESTFIELD, ET AL.,<br>    Defendant(s) | CIVIL ACTION NO. 3:09-cv-30218 -MAP |

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants City of Westfield, et al., against the plaintiff Steven R. Estock, pursuant to the court's memorandum and order entered this date, granting the defendant's motions for summary judgment.

**SARAH A. THORNTON**,
CLERK OF COURT

Dated: July 26, 2011

By /s/ *Maurice G. Lindsay*
Maurice G. Lindsay
Deputy Clerk

(Civil Judgment (Routine).wpd - 11/98)      [jgm.]